

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2017

No. 04-16-00824-CV

**METHODIST HEALTHCARE SYSTEM, LTD., LLP,**
Appellant

v.

Nancy **FRIESENHAHN,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI08375
Honorable Richard Price, Judge Presiding

## O R D E R

Appellees' second motion for extension of time is GRANTED. Appellees' brief is due May 26, 2017. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2017.

_____
Keith E. Hottle
Clerk of Court